

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00065-CV

| | | |
|---|---|---|
| TWI XVIII, Inc. and Texas Wings, Inc. | § | From the 211th District Court |
| | § | of Denton County (2009-30008-211) |
| v. | § | April 11, 2013 |
| Christopher S. Carroll Number 1, Ltd. | § | Opinion by Justice Gabriel |

## JUDGMENT ON REHEARING

After reviewing appellants' TWI XVIII, Inc. and Texas Wings, Inc.'s motion for rehearing, we deny the motion. We withdraw our February 7, 2013 opinion and judgment and substitute the following.

This court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants TWI XVIII, Inc. and Texas Wings, Inc. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By_____
    Justice Lee Gabriel